AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.

DIEGO CAMILO RAMIREZ-IGNACIO

*Defendant(s)*

Case No. 4:26MJ3139

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 5, 2026 in the county of Adams in the ______ District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. §1326(a) & (b)(1) | Illegal Re-entry of a Removed Alien (after felony conviction) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Korey Goplin, Special Agent, HSI

*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 10/8/2026

*Judge's signature*

City and state: Lincoln, Nebraska

Jacqueline M. DeLuca, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT**

I, Korey Gopin, being duly sworn, hereby depose and state as follows:

1) I am a Special Agent of the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed in my current position since September 2025. I am currently assigned to the HSI Grand Island, Nebraska office. I have completed the Criminal Investigator Training Program (CITP) in Glynco, Georgia and the Homeland Security Investigations Special Agent Training (HSISAT) in Charleston, South Carolina which includes approximately 21 weeks of instruction at the Federal Law Enforcement Training Program (FLETC). This instruction included training in methods and practices of immigration and immigration violations.

2) Prior to my tenure as a Special Agent with HSI, I was a deputy sheriff with the York County Sheriff's Office in York, Nebraska and the Butler County Sheriff's Office in David City, Nebraska. My duties included routine patrol and I was assigned to a Homeland Security Criminal Interdiction Task Force as a Task Force Officer (TFO), sergeant, and K9 Handler. I have a Bachelor's Degree in Criminal Justice from Purdue University.

3) HSI Special Agents have the authority to investigate violations of the Immigration and Nationality Act, Title 8 United States Code, Title 18 United States Code, Title 19 United States Code, Title 21 United States Code, and other related statutes including Title 8, United States Code, Section 1326(b)(1).

4) All of the statements and information contained in this affidavit are based upon my review of investigative reports prepared by myself and other law enforcement officers with knowledge of the facts recited; upon my conversations with law enforcement officers having personal knowledge of the pertinent facts; and upon my review of official documents and records

maintained by various local, state and federal agencies. Based thereon, all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

5) I am conducting an investigation into Diego Camilo RAMIREZ-IGNACIO (RAMIREZ-IGNACIO) date of birth 10/04/2005. I have uncovered probable cause to believe that RAMIREZ-IGNACIO, being an alien, has illegally reentered the United States; without first obtaining permission to reapply for admission into the United States and whose removal was subsequent to a conviction of a felony, in violation of Title 8, United States Code, Section 1326(b)(1).

6) On October 4, 2026, RAMIREZ-IGNACIO was arrested by the Hastings Police Department for criminal impersonation, obstructing a peace officer and resisting arrest. RAMIREZ-IGNACIO attempted to access The Platform strip club in Hastings, Nebraska by identifying himself as Alfredo Corrales Mercado and presenting a United States of America Employment Authorization card belonging to Alfredo Corrales Mercado. After a brief struggle and foot pursuit, RAMIREZ-IGNACIO was placed under arrest.

7) On October 7, 2026, RAMIREZ-IGNACIO was encountered by Enforcement and Removal Operations (ERO) Grand Island Deportation Officer (DO) Jaden Rojewski at the Adams County Department of Corrections. RAMIREZ-IGNACIO was interviewed and stated that he is a citizen and national of Mexico.

8) RAMIREZ-IGNACIO was arrested on October 7, 2026, by ERO Grand Island for 212a9Aii – Alien Previously removed once, not as an arriving alien and RAMIREZ-IGNACIO is currently confined in the Hall County Jail.

9) On October 7, 2026, I received the temporary Alien File (A220 498 437) for

RAMIREZ-IGNACIO from ERO Grand Island DO Rojewski.

10) On October 7, 2026, I reviewed the documents in the temporary Alien File. I reviewed the I-205: Warrant of Removal/Deportation: On January 23, 2026, RAMIREZ-IGNACIO was removed from the United States by air, and this was verified by an Immigration official. A review of the I-294: Warning to Alien Ordered Removed or Deported showed that on January 16, 2026, RAMIREZ-IGNACIO was advised he is prohibited from entering, attempting to enter, or being in the United States for a period of 10 years from the date of departure from the United States. The I-871: Notice of Intent/Decision to Reinstate Prior Order stated that on January 23, 2026, RAMIREZ-IGNACIO was notified that the Secretary of Homeland Security intends to reinstate the order of removal entered against RAMIREZ-IGNACIO due to a prior order of deportation/exclusion/removal.

11) Through fingerprinting, his own self-admission, and a review of his Alien file, it has been confirmed that RAMIREZ-IGNACIO had been previously ordered removed from the United States by an administrative official and was physically removed from the United States on January 23, 2026.

12) A criminal history record check showed that RAMIREZ-IGNACIO was convicted on September 10, 2025, of Injure Child/Elderly/Disable with Intent to Cause Bodily Injury (*Court file D-1-DC-24-302856*), a felony. On October 4, 2026, RAMIREZ-IGNACIO was arrested for criminal impersonation, obstructing a peace officer, and resisting arrest with a pending disposition.

13) RAMIREZ-IGNACIO does not have the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for readmission to the United States.

14) Affiant has reason to believe, based on the above information, that Diego Camilo RAMIREZ-IGNACIO, has violated Title 8, United States Code, Section 1326(b)(1), in that he was removed/deported subsequent to a conviction for a felony from the United States to Mexico, reentered without obtaining the express consent of the Attorney General or his successor, the Secretary for Homeland Security to reapply for admission into the United States, and was found in or near Hastings, Nebraska.

Further the affiant sayeth not,

Korey Goplin
HSI Special Agent

SWORN to before me by telephone or other reliable electronic means.

10/8/2026
DATE

JACQUELINE M. DELUCA
UNITED STATES MAGISTRATE JUDGE
District of Nebraska